**Entered on Docket**
**April 12, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: Felisnando Gonzalez<br>Anna Maria Quintero-Gonzalez<br><br>                    Debtor(s) | BK 06-12960 LBR<br>Ch 7<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $730.17 constituting an unclaimed dividend is declared due to Wells Fargo Financial c/o Cynthia A. Long.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Wells Fargo Financial
c/o Cynthia A. Long
UCP Recoveries MAC P6103-05A
PO Box 3908
Portland OR 97208

###